EDWARD G. SHATTUCK *vs.* ALFRED A. MARCUS & others.

SAME *vs.* SAME.

SAME *vs.* SAME.

Suffolk.    November 11, 1902. — February 25, 1903.

Present: KNOWLTON, C. J., MORTON, LATHROP, & HAMMOND, JJ.

*Pleading*, Declaration.

The objection that a count of a declaration embraces two causes of action must be taken by demurrer.

LATHROP, J.    If the declarations in these cases are to be construed, as the defendants contend, as each containing only one count, which embraces two causes of action, and so are in violation of the Pub. Sts. c. 167, § 2, cl. 4, the objection should have been taken by demurrer.  *Clay* v. *Brigham*, 8 Gray, 161. *Downs* v. *Hawley*, 112 Mass. 237, 241.

The exceptions are frivolous, and are overruled with double costs, and interest at twelve per cent.

*So ordered.*

*E. H. Savary & L. E. Baldwin*, for the defendants.

*J. D. Thomson*, for the plaintiff.